IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAVEON SHELTON                                                                                           PLAINTIFF

v.                                            Case No. 1:24-cv-1051

SHERIFF RICKY ROBERTS and
JAIL ADMINISTRATOR LISA WORLEY                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 8, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that all claims against Defendant Sheriff Ricky Roberts be dismissed without prejudice for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Accordingly, Plaintiff's claims against Defendant Roberts are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff's claims against Defendant Lisa Worley remain for further litigation.

**IT IS SO ORDERED**, this 29th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge