IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAVEON SHELTON                                                                                          PLAINTIFF

v.                                        Case No. 1:24-cv-1051

JAIL ADMINISTRATOR LISA WORLEY                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 13, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge